CALHOUN *v.* MACON, DUBLIN AND SAVANNAH RAILROAD COMPANY.

LUMPKIN, P. J. Irrespective of other questions involved, the evidence in the present case demanded the verdict in behalf of the defendant which the jury returned; and this being so, there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 1, — Decided April 2, 1902.

Action for damages. Before Judge Nottingham. City court of Macon. July 9, 1901.

*M. Felton Hatcher*, for plaintiff. *John M. Stubbs, Alexander Akerman,* and *Minter Wimberly,* for defendant.